[No. 12560½.    Department Two.    July 16, 1917.]

THE STATE OF WASHINGTON, *Respondent*, v. MOUNTAIN TIMBER COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Cowlitz county, Darch, J., entered September 22, 1914, in favor of the plaintiff, upon overruling a challenge to the evidence. Affirmed.

*Edmund C. Strode, Imus & Gore*, and *Coy Burnett*, for appellant.
*The Attorney General* and *John M. Wilson, Assistant*, for respondent.

PER CURIAM—This case involves the same issues as those presented in *State v. Mountain Timber Co.*, 75 Wash. 581, 135 Pac. 645, which was taken to the supreme court of the United States upon writ of error. In a recent decision by that court (*Mountain Timber Co. v. State of Washington*, 243 U. S. 219) the decision of this court was affirmed. For the reasons stated in both cases, above referred to, the judgment herein is affirmed.